UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 26-CR-033

DAVE'IN K. WILLIAMS,

Defendant.

---

**ORDER GRANTING THE GOVERNMENT'S MOTION FOR ENTRY OF PRELIMINARY ORDER OF FORFEITURE (DKT. NO. 27)**

---

On February 18, 2026, the grand jury returned an indictment against the defendant, Dave'in K. Williams, with one count of knowingly possessing a firearm after being convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. §§922(g)(1) and 924(a)(8) and one count of knowingly possessing a machinegun, in violation of 18 U.S.C. §§922(o) and 924(a)(2). Dkt. No. 1. The indictment included a forfeiture notice, listing the Glock 9mm pistol, bearing an obliterated serial number and equipped with a barrel which bears the serial number CBHH672 and a machinegun conversion device.

On August 5, 2026, the defendant signed a plea agreement, which was filed with the court on August 6, 2026. Dkt. No. 23. In that agreement, the defendant agreed that the court could immediately enter a preliminary order of forfeiture.

In light of the plea agreement, the court **FINDS** the Glock 9mm pistol, bearing an obliterated serial number and equipped with a barrel which bears the serial number CBHH672 and a machinegun conversion device, is subject to forfeiture.

The court **GRANTS** the government's motion for entry of a preliminary order of forfeiture. Dkt. No. 27. The court **ORDERS** that all right, title and interest in the Glock 9mm pistol, bearing an obliterated serial number and equipped with a barrel which bears the serial number CBHH672 and a machinegun conversion device is FORFEITED to the United States under 18 U.S.C. §924(d) and 28 U.S.C. §2461(c).

The court **ORDERS** that the Bureau of Alcohol, Tobacco, Firearms, and Explosives; the United States Marshals Service for the Eastern District of Wisconsin; or its duly appointed representative shall seize the item listed above.

The court **ORDERS** that under 21 U.S.C. §853(n)(1), the United States shall publish notice of this order and of its intent to dispose of the property according to law.

The court will recount the terms of this order in the defendant's judgment and commitment order.

Dated at Milwaukee, Wisconsin, this 2nd day of November, 2026.

**HON. PAMELA PEPPER**
**United States District Judge**